FRANK GROSS, Appellant, *v.* KATHAIRO CHEMICAL COMPANY, Respondent.

Reported below, 127 App. Div. 165.
(Submitted March 29, 1909; decided April 6, 1909.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 24, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial, and granted a new trial, in an action to recover for the alleged wrongful discharge of plaintiff from employment.

The motion was made upon the ground that the order of reversal did not state that such reversal was upon the law only, and that, therefore, it was not reversible by the Court of Appeals.

*Albert Tameling* for motion.

*A. S. Gilbert* and *Julius M. Mayer* opposed.

Motion granted on payment of one hundred dollars costs. On failure to pay the one hundred dollars costs within twenty days the motion is denied, with ten dollars costs of motion.